166 A.3d 237

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
TYSHEIM MURPHY, DEFENDANT–PETITIONER.

April 6, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000807–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

166 A.3d 237

DARLENE SHARPE, PLAINTIFF–PETITIONER,
v. NEW MEADOWLANDS RACETRACK,
LLC, DEFENDANT–RESPONDENT.

April 6, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001436–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.